PD-0903&0904-15

NO _____

COURT OF APPEALS Cause NO. 14-14-0082-CR. NO. 14-14-00843-CR

John Allen ) In The Court Of

V. ) Criminal Appeals

The State Of Texas ) Of Texas

)

FILED IN
COURT OF CRIMINAL APPEALS
JUL 21 20..
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

Appellant's PRO SE Motion To File Less Than 11 Copies Of Petition For Discretionary Review

To The Honarble Judges OF Said CourT:

Comes now, John Allen, Appellant, PRO SE, and respectfully moves to exstend the time for filing a petition for Discretionary Review (PDR). In support thereof, Appellant would show the Court the following:

1. Original and 11 Copies Required by rule. Under rule 9.3(b)(1) Tex. R. App., Proc., an appellant is Required to file and original and 11 copies of any PDR.

2. Appelant In Custody. Appelant Is currently incarcerated and is Indigent.

3. Unable to obtain Mutiple Copies As a result, Of appellants incarceration and indigence, his unable to obtain the necessary Copies to Comply with rule 9.3(b)(1), Supra

4. Court Permitted to Suspend rules. This court Is under rule Rule 2, Tex. R. App. Proc., to Suspend other rules of appellant procedure

5. <u>Right To Seek Review</u>. Under rule 68.1 Tex. R. App. Proc., appellant has a right to seek review from this court of the court of appeals decision in this case.

6. <u>Due Process</u> Because appellant is willing, but unable to comply with rule 9.3(b)(1), Supra enforcement will deprive him of the rights to due process rights and due course of law to seek review of the Court of Appeals decision in this case. See U.S. Const amends 5 & 14; Tex. Const. art I, §19.

## Prayer For Relief

Wherefore, Premesies Considered, Appellant respectfully moves this court to act under its Authority to suspend the application of Rule 9.3(b)(1), Tex. R. App. Proc. and permit appellant to file a petition for Discretionary Review without the Required 11 copies.

Respectfully Submitted.

John Allen

John Allen
Appellant. Pro Se
01960144
TDCJ, Gist Unit
3295 Fm 3514
Beaumont. TX, 77705
JULY, 20 15

## Certificate Of Service

The above Signature Certifies that on this day 13 day of JULY, 20 15 this document was sent to the Harriss County DA's Office 1201 franklin, Suite 600, Houston, TX, 77002 and to the state Prosecuting Attorney P.O Box 12308, Austin TX 78711.